(No. 75-CC-339—)

JEROME J. EVERSGERD FOR VILLAGE OF GERMANTOWN, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed February 10, 1975.*

JEROME J. EVERSGERD FOR VILLAGE OF GERMANTOWN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.